[Criminal No. 748. Filed October 15, 1931.]

[3 Pac. (2d) 1054.]

WILLIE T. JOHNSON, Appellant, v. STATE, Respondent.

Mr. M. C. Burk, for Appellant.

The Attorney General, for the State.

PER CURIAM.—This is a companion case of case No. 746, *Fogal* v. *State, ante,* p. 55, 3 Pac. (2d) 1053, just decided, grew out of the same holdup, and what we have said in case No. 746 applies here.

The judgment is affirmed.